**Albert ABRAM, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 36589.**

Missouri Court of Appeals,
Western District.

July 2, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Aug. 27, 1985.

Joseph H. Locascio, Sp. Public Defender,
Kansas City, for appellant.

William L. Webster, Atty. Gen., Thomas
Carter, II, Asst. Atty. Gen., Jefferson City,
for respondent.

Before BERREY, P.J., and DIXON and
KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from denial without evidentiary
hearing of a Rule 27.26 motion to vacate a
jury trial conviction of murder in the second degree and sentence of twelve years.

Affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Lamont K. LITTLE, Appellant.**

**No. WD 36120.**

Missouri Court of Appeals,
Western District.

July 9, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Aug. 27, 1985.

Application to Transfer Denied
Oct. 16, 1985.

Sean O'Brien, Public Defender, David S.
Durbin, Asst. Public Defender, Kansas
City, for appellant.

Wm. Webster, Atty. Gen., Jefferson City,
Philip M. Koppe, Asst. Atty. Gen., Kansas
City, for respondent.

Before TURNAGE, C.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for
burglary, first degree, in violation of
§ 569.160, RSMo 1978, assault, first degree, in violation of § 565.050, RSMo 1978,
three counts of kidnapping, in violation of
§ 565.110, RSMo 1978 and armed criminal
action, in violation of § 571.015.1, RSMo
1978.

Judgment affirmed. Rule 30.25(b).